**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 18-11420-BKC-LMI** |
| **JORGE QUINONES** | **CHAPTER 13 CASE** |
| **DEBTOR(S) /** | |

### MOTION TO MODIFY CHAPTER 13 PLAN PURSUANT TO THE CARES ACT

**COMES NOW**, the Debtor, Jorge Quinones, by and through the undersigned counsel hereby files this Motion to Modify Chapter 13 Plan under the CARES Act, states as follows:

1. The Debtor's Chapter 13 plan was confirmed on May 25, 2018, prior to the date of enactment of the CARES Act.

2. Pursuant to the CARES Act, which adds subsection (d)(1) to 11 U.S.C. § 1329, for a plan confirmed prior to the date of enactment of this section, the plan may be modified upon the request of the debtor if (A) the debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID–19) pandemic; and (B) the modification is approved after notice and a hearing." Additionally, under the CARES Act, a plan may be modified to extend the plan period up to seven years after the first payment under the original confirmed plan became due.

3. Debtor is respectfully requesting a modification of the Chapter 13 Plan under § 1329(d)(1) as he is experiencing a material financial hardship due <u>directly or indirectly</u> to the COVID-19 pandemic.

4. Debtor is seeking to modify the Chapter 13 plan to extend beyond 60 months and allow the case to continue in its normal course.

**WHEREFORE**, the Debtor, Jorge Quinones respectfully requests that this Honorable Court enter an Order Granting the Debtor's Motion to Modify Chapter 13 Plan and Approving the Proposed Modified Chapter 13 Plan.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

Law Offices of Patrick L Cordero, Esq
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

   /s/ (FILED ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992